## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**KRISTOPHER MICHAEL MORGAN**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 5:21-CV-5118**

**WASHINGTON COUNTY, ARKANSAS, et al.**                                                **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 11) filed in this case on August 4, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the following claims are **DISMISSED WITHOUT PREJUDICE**:

(1) all claims against Washington County;

(2) all official capacity claims against Officer Harris and Detective Strange; and

(3) all claims against Kristen Callehan.

The case will proceed against the remaining Defendants in their individual capacities.

**IT IS SO ORDERED** on this 24th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE