IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MICHAEL MORGAN**                                                                 **PLAINTIFF**

V.                              CASE NO. 5:21-CV-5118

**OFFICER J. HARRIS**, City of Fayetteville
Police Department; and **DETECTIVE C. STRANGE**,
City of Fayetteville Police Department                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 46) filed in this case on September 7, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 36) is **DENIED**; Plaintiff's Motion to Amend (Doc. 35) and Supplement (Doc. 37) are **DENIED AS MOOT** because such amendment would be futile; and Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED**. The case is therefore **DISMISSED WITH PREJUDICE**. Judgment shall enter accordingly.

**IT IS SO ORDERED** on this 27th day of September, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE