IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MICHAEL MORGAN**                                    **PLAINTIFF**

V.                  **CASE NO. 5:21-CV-5118**

**OFFICER J. HARRIS**, City of Fayetteville
Police Department; and **DETECTIVE C. STRANGE**,
City of Fayetteville Police Department                         **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 27th day of September, 2022.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE